UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TIMOTHY J. TACY, SR.,

    Petitioner,

v.                          Case No: 2:19-cv-687-JES-MRM

SECRETARY, DOC,

    Respondent.
_____/

## **OPINION AND ORDER**

Before the Court is Petitioner Timothy J. Tacy, Sr.'s Motion for Objection to This Court's Opinion and Order (Doc. #62), which the Court interprets as a motion for reconsideration of the Court's March 5, 2021 Order (Doc. #61). That Order denied an earlier motion for reconsideration.

Tacy filed this habeas case to challenge a state conviction and sentence stemming from a motor vehicle collision that occurred in a McDonald's drive-through. After hearing on NPR that McDonald's restaurants have cameras in their drive-throughs, Tacy surmised that the crime might have been recorded. He has since filed a slew of motions based on that belief. In this latest Motion, Tacy suggests the Court should "get off its 'high horse' and call McDonalds and see if there is 'robbery video' in its drive-throughs." (Doc. #62 at 2).

As in Tacy's prior motion for reconsideration, he does not present any new or extraordinary circumstances to justify reconsideration of the Court's order. See Gold Cross EMS, Inc. v. Children's Hosp. of Ala., 108 F. Supp. 3d 1376, 1384 (S.D. Ga. 2015); see also PaineWebber Income Props. v. Mobil Oil Corp., 902 F. Supp. 1514, 1521 (M.D. Fla. 1995). The Motion merely rehashes issues the Court already addressed, so the Court will deny it. Tacy's Habeas Petition is fully briefed, and the Court will address it in due course.

Accordingly, it is now

**ORDERED**:

Petitioner Timothy J. Tacy, Sr.'s Motion for Objection to This Court's Opinion and Order (Doc. #62) is **DENIED**.

**DONE AND ORDERED** in Fort Myers, Florida on July 15, 2021.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record